

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-14-00124-CV

**WESTFREIGHT SYSTEMS INC.,**
Appellant

v.

John Michael **HEUSTON**, Individually and As Dependent Administrator of The Estate of Juana Garza, Deceased, and Geronimo Rodriguez, Individually,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-03-50966-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The reporter's record was due to be filed in this appeal on April 11, 2014. The court reporter responsible for preparing the reporter's record in this appeal, Ms. Sonia G. Treviño, filed a notification of late record on April 17, 2014, stating that she miscalendared the deadline because she believed a motion for new trial had been filed. Ms. Treviño requests a sixty day extension to file the record because she is the only court reporter for the 79th Judicial District Court which has had an extremely busy court schedule. The requested extension is GRANTED. The reporter's record must be filed no later than June 10, 2014. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.** Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Richard C. Terrell, Judge of the 79th Judicial District Court.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

Keith E. Hottle
Clerk of Court